## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-517 |
| ) | |
| ROBERT J. THERRIEN and ) | |
| BROOKS AUTOMATION, INC., ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between plaintiff Mark Levy and defendant Brooks Automation, Inc., through undersigned counsel, that defendant Brooks Automation, Inc. has until October 12, 2006 to answer or otherwise respond to the summons and complaint issued in this action by plaintiff Mark Levy.

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (#630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433

*Attorneys for Plaintiff*

*/s/ J. Travis Laster*
J. Travis Laster (#3514)
Matthew F. Davis (#4696)
Abrams & Laster LLP
Brandywine Plaza West
1521 Concord Pike, Suite 303
Wilmington, Delaware 19803
(302) 778-1000

*Attorneys for Brooks Automation, Inc.*

{A&L-00015496-}