AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF DELAWARE

MARY LEVY,

        V.

ROBERT J. THERRIEN and
BROOKS AUTOMATION, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-517

**TO:** (Name and address of defendant)

Robert J. Therrien
300 Boylston Street
Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899-1070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

DATE 8/22/06

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me¹ | DATE<br>Sep. 6, 2006 |
|---|---|
| NAME OF SERVER (PRINT)<br>Dominic Rivers | TITLE<br>Process Server |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _I personally_ Served John Sylvia, Esq., who stated that he was accepting service on behalf of his client, ROBERT J. THERRIEN, defenant herein named at 1 Financial Center, 43rd Floor, Boston, Massachusetts. Also served "Notice of Availability of Magistrate Judge to Execute Jurisdiction."

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___Sep. 6, 2006___
           Date

Signature of Server

11 Beacon St. #720 Boston, MA
Address of Server

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.