## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-517 GMS |
| | ) |
| ROBERT J. THERRIEN and | ) |
| BROOKS AUTOMATION, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admissions *pro hac vice* of Jack G. Fruchter, Esquire, Mitchell M.Z. Twersky, Esquire and Jeffrey S. Abraham, Esquire of Abraham, Fruchter & Twersky, LLP, One Penn Plaza, Suite 2805, New York, NY 10119, to represent plaintiff in this matter.

_____
Jeffrey S. Goddess, Movant (#630)
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-517 GMS |
| | ) |
| ROBERT J. THERRIEN and | ) |
| BROOKS AUTOMATION, INC., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 9/12/06

Jack G. Fruchter
Abraham, Fruchter & Twersky, LLP
One Penn Plaza
Suite 2805
New York, NY 10119
(212) 279-5050

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-517 GMS |
| ) | |
| ROBERT J. THERRIEN and ) | |
| BROOKS AUTOMATION, INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 9/12/06

Mitchell M.Z. Twersky
Abraham, Fruchter & Twersky, LLP
One Penn Plaza
Suite 2805
New York, NY 10119
(212) 279-5050

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK LEVY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-517 GMS |
| | ) | |
| ROBERT J. THERRIEN and | ) | |
| BROOKS AUTOMATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 12, 2006

Jeffrey S. Abraham
Abraham, Fruchter & Twersky, LLP
One Penn Plaza
Suite 2805
New York, NY 10119
(212) 279-5050

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT J. THERRIEN and )<br>BROOKS AUTOMATION, INC., )<br>)<br>Defendants. ) | C.A. No. 06-517 GMS |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of Jack G. Fruchter, Mitchell M.Z. Twersky and Jeffrey S. Abraham is granted.

Date: _____            _____
                                    United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, I electronically filed the foregoing document using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused two copies of the foregoing document to be served via first class mail on the following:

>   J. Travis Laster, Esquire
>   Matthew F. Davis, Esquire
>   Abrams & Laster LLP
>   Brandywine Plaza West
>   1521 Concord Pike, Suite 303
>   Wilmington, DE 19803

>   _____
>   Jeffrey S. Goddess (Del. Bar No. 630)
>   Rosenthal, Monhait & Goddess, P.A.
>   Suite 1401, 919 Market Street
>   P. O. Box 1070
>   Wilmington, DE 19899-1070
>   (302) 656-4433
>   jgoddess@rmgglaw.com