IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-517 (GMS) |
| ROBERT J. THERRIEN and BROOKS AUTOMATION, INC., | ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Plaintiff and Defendant Robert J. Therrien ("Therrien") hereby stipulate, through their undersigned counsel, that the time within which Therrien may answer, move or otherwise respond to the Complaint in this action is extended to October 12, 2006.

The grounds for this extension request are that counsel have just been retained in connection with the matter and so that Therrien and his counsel may fully investigate the claims brought by Plaintiff prior to responding to the Complaint, with the understanding that this extension will not be used to otherwise delay this litigation.

| ROSENTHAL, MONHAIT & GODDESS, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Jeffrey S. Goddess | By: /s/ Brian C. Ralston |
| Jeffrey S. Goddess (#630) | Arthur L. Dent (#2491) |
| Rosenthal, Monhait & Goddess, P.A. | Brian C. Ralston (#3770) |
| Suite 1401, 919 Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1070 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, Delaware 19801 |
| Tel: (302) 656-4433 | Tel: (302) 984-6000 |
| rgoddess@rmgglaw.com | adent@potteranderson.com |
| | bralston@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Robert J. Therrien* |

IT IS SO ORDERED this _____ day of September, 2006

_____
United States District Court Judge

743145