IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK LEVY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-517 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT J. THERRIEN and BROOKS AUTOMATION, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ROBERT J. THERRIEN'S MOTION TO DISMISS

Defendant Robert J. Therrien ("Therrien") respectfully moves this Court to dismiss the Complaint in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

As described more fully within the Memorandum of Law in Support of Defendant Robert J. Therrien's Motion to Dismiss, the instant action concerns Plaintiff's attempt to recover for Defendant Brooks Automation, Inc. ("BAI"), proceeds received by Therrien from the sale of BAI stock in 2000. Plaintiff seeks recovery under Section 16(b) of the Securities Exchange Act of 1934 (the "34 Act") on the theory that Therrien "purchased" BAI shares in 1999 and then sold BAI stock within six months of that "purchase." Plaintiff's claim fails as a matter of law because there is no dispute that the 1999 "purchase" at issue resulted from the exercise of an option granted to Therrien in 1994. As such, the "purchase" is exempt from the recapture provision of Section 16(b). Accordingly, Plaintiff's Complaint must be dismissed. In addition, Plaintiff's Complaint also must be dismissed because the action is barred by the two-year statute of limitations provision contained in Section 16(b).

WHEREFORE, for the foregoing reasons and for the reasons set forth in the Memorandum of Law in Support of Defendant Robert J. Therrien's Motion to Dismiss, Therrien submits that the Complaint should be dismissed for failure to state a claim upon which relief may be granted. Insofar as the factual record precludes the ability to cure the Complaint's deficiencies by repleading, Therrien submits that the dismissal should be with prejudice and without leave to replead.

ORAL ARGUMENT REQUESTED

Pursuant to Local Rule 7.1.4, Defendant Robert J. Therrien hereby respectfully requests a hearing on this motion.

POTTER ANDERSON & CORROON LLP

By: ___/s/_____
Arthur L. Dent (#2491)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
Email: adent@potteranderson.com
       bralston@potteranderson.com
*Attorneys for Defendant Robert J. Therrien*

OF COUNSEL:

MINTZ LEVIN COHN FERRIS GLOVSKY
  & POPEO, P.C.
R. Robert Popeo
John F. Sylvia
Joseph P. Messina
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: October 12, 2006

755502

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Brian C. Ralston, hereby certify that on October 12, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>919 Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE  19899
>jgoddess@rmgglaw.com

>_____
>Brian C. Ralston (I.D. No. 3770)
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>P. O. Box 951
>Wilmington, DE  19899
>(302) 984-6000
>bralston@potteranderson.com