IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) C. A. No. 06-517 |
| ROBERT J. THERRIEN and BROOKS AUTOMATION, INC. | ) ) ) |
| Defendants. | ) ) ) ) ) ) |

## **DEFENDANT BROOKS AUTOMATION, INC.'S MOTION TO DISMISS**

Pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure, defendant Brooks Automation, Inc. hereby moves to dismiss the complaint filed in this action by plaintiff Mark Levy. The bases for this motion are set forth in the accompanying opening brief.

Of Counsel:

Randall W. Bodner
Michael T. Marcucci
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

October 12, 2006

*/s/ J. Travis Laster*
J. Travis Laster (#3514)
Matthew F. Davis (#4696)
Abrams & Laster LLP
Brandywine Plaza West
1521 Concord Pike, Suite 303
Wilmington, Delaware 19803
(302) 778-1000
Email: Laster@AbramsLaster.com
           Davis@AbramsLaster.com

*Attorneys for Brooks Automation, Inc.*

{A&L-00017563-}

## **CERTIFICATE OF SERVICE**

I, J. Travis Laster, hereby certify that on October 12, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>Suite 1401, 919 Market Street
>P.O. Box 1070
>Wilmington, Delaware 19899

>*/s/ J. Travis Laster*
>J. Travis Laster (#3514)
>Matthew F. Davis (#4696)
>Abrams & Laster LLP
>Brandywine Plaza West
>1521 Concord Pike, Suite 303
>Wilmington, Delaware 19803
>(302) 778-1000
>Email:  Laster@AbramsLaster.com
>            Davis@AbramsLaster.com
>
>*Attorneys for Brooks Automation, Inc.*