**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MARK LEVY,                              )
                                        )
              Plaintiff,                )
                                        )
       v.                               )    C.A. No. 06-517 GMS
                                        )
ROBERT J. THERRIEN and                  )
BROOKS AUTOMATION, INC.,                )
                                        )
              Defendants.               )

**STIPULATION AND (PROPOSED) ORDER FOR BRIEF SCHEDULE**

The defendants having filed motions to dismiss (D.I. 8 and D.I. 10), along with their

opening briefs, and

Adequate treatment of the issues presented by those motions requires a slightly more

expansive schedule than is otherwise provided by D.Del. LR 7.1.2(a),

IT IS HEREBY STIPULATED AND AGREED that the remaining briefs on the aforesaid

motions will be filed in accordance with the following schedule:

        Plaintiff's Answering Brief(s)    -    November 9, 2006

        Defendants' Reply Briefs          -    November 30, 2006

/s/ Jeffrey S. Goddess                      /s/ Arthur L. Dent
Jeffrey S. Goddess (No. 630)                Arthur L. Dent (No. 2491)
Rosenthal, Monhait & Goddess, P.A.          Brian C. Ralston (No. 3770)
Suite 1401, 919 Market Street               Potter Anderson & Corroon LLP
P. O. Box 1070                              Hercules Plaza, 6th Floor
Wilmington, DE 19899-1070                   1313 N. Market Street
(302) 656-4433                              P. O. Box 951
  Attorney for Plaintiff                 Wilmington, DE 19899
                                            (302) 984-6000
                                              Attorneys for Robert J. Therrien

*/s/ Matthew F. Davis*
J. Travis Laster (No. 3514)
Matthew F. Davis (No. 4696)
Abrams & Laster LLP
Brandywine Plaza West
1521 Concord Pike, Suite 303
Wilmington, DE 19803
(302) 778-1000
   Attorneys for Brooks Automation, Inc.

SO ORDERED, this _____ day of _____, 2006.


_____
United States District Judge