ROSENTHAL, MONHAIT & GODDESS, P. A.

ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

October 19, 2006

## VIA ELECTRONIC FILING

Honorary Gregory M. Sleet
United States District Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4234
Wilmington, Delaware 19801

      RE:   **Levy v. Brooks Automation, Inc., et al.;**
               **D.Del., C.A. No. 06-517 GMS**

Dear Judge Sleet:

      The defendants have responded to the complaint in this matter with motions to dismiss. (D.I. 8 and D.I. 10.) The enclosed stipulation sets forth a proposed scheduling order for completion of briefing on those motions, essentially providing four weeks for answering briefs and three weeks for reply briefs (which straddles the Thanksgiving holiday) instead of the shorter intervals (ten days and five days) which are provided by D.Del. LR 7.1.2(a). As set forth in the body of the stipulation, it is believed that adequate treatment of the issues presented requires those slightly increased intervals. Parenthetically, since the case is just getting underway, there is no schedule in place which would be disrupted by the schedule proposed herein.

                        Respectfully yours,

                        Jeffrey S. Goddess (Del. Bar No. 630)

JSG/cmw
Enclosure
cc:    Matthew F. Davis, Esquire (via electronic filing)
        Arthur L. Dent, Esquire (via electronic filing)