## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MARK LEVY,                                        )
                                                  )
                    Plaintiff,                    )
                                                  )
        v.                                        )        C.A. No. 06-517 (GMS)
                                                  )
ROBERT J. THERRIEN  and BROOKS                    )
AUTOMATION, INC.,                                 )
                                                  )
                    Defendants.                   )

### APPLICATION FOR ORAL ARGUMENT

     Pursuant to D. Del. LR 7.1.4, Defendant Robert J. Therrien hereby requests oral

argument on his Motion to Dismiss the Complaint.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

MINTZ LEVIN COHN FERRIS
GLOVSKY
  & POPEO, P.C.
R. Robert Popeo
John F. Sylvia
Joseph P. Messina
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

By: _____
    Arthur L. Dent (#2491)
    Brian C. Ralston (#3770)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, Delaware  19899
    (302) 984-6000
    Email: adent@potteranderson.com
           bralston@potteranderson.com

*Attorneys for Defendant Robert J. Therrien*

Dated:  December 5, 2006

765619

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Brian C. Ralston, hereby certify that on December 5, 2006, the within

document was filed with the Clerk of the Court using CM/ECF which will send

notification of such filing(s) to the following; that the document was served on the

following counsel as indicated; and that the document is available for viewing and

downloading from CM/ECF.

> Jeffrey S. Goddess, Esquire
> Rosenthal Monhait & Goddess, P.A.
> 919 Market Street, Suite 1401
> P.O. Box 1070
> Wilmington, DE  19899
> jgoddess@rmgglaw.com

> Brian C. Ralston (I.D. No. 3770)
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> P. O. Box 951
> Wilmington, DE  19899
> (302) 984-6000
> bralston@potteranderson.com