**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| MARK LEVY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-517 (GMS) |
| | ) | |
| ROBERT J. THERRIEN and | ) | |
| BROOKS AUTOMATION, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## APPLICATION FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant Brooks Automation, Inc. hereby requests oral

argument on its Motion to Dismiss the Complaint.


*Of Counsel*

Randall W. Bodner, Esq.
Michael T. Marcucci, Esq.
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

*/s/ J. Travis Laster*
J. Travis Laster (#3514)
Matthew F. Davis (#4696)
Abrams & Laster LLP
Brandywine Plaza West
1521 Concord Pike, Suite 303
Wilmington, Delaware 19803
(302) 778-1000
Email: Laster@AbramsLaster.com
        Davis@AbramsLaster.com

*Attorneys for Brooks Automation, Inc.*

{A&L-00020497-}

## <u>CERTIFICATE OF SERVICE</u>

I, J. Travis Laster, hereby certify that on December 5, 2006, I caused to be electronically

filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF

which will send notification that such filing is available for viewing and downloading to the

following counsel of record:

> Jeffrey S. Goddess, Esquire
> Rosenthal Monhait Gross & Goddess, P.A.
> Suite 1401, 919 Market Street
> P.O. Box 1070
> Wilmington, Delaware 19899

*/s/ J. Travis Laster*
J. Travis Laster (#3514)
Matthew F. Davis (#4696)
Abrams & Laster LLP
Brandywine Plaza West
1521 Concord Pike, Suite 303
Wilmington, Delaware 19803
(302) 778-1000
Email:  Laster@AbramsLaster.com
       Davis@AbramsLaster.com

*Attorneys for Brooks Automation, Inc.*
