IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-517 GMS |
| ) | |
| ROBERT J. THERRIEN and ) | |
| BROOKS AUTOMATION, INC., ) | |
| ) | |
| Defendants. ) | |

**APPLICATION FOR ORAL ARGUMENT**

Pursuant to D.Del. LR 7.1.4, plaintiff Mark Levy requests oral argument on the defendants' motions to dismiss (D.I. 8 and 10.)

_____
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899
(302) 656-4433
jgoddess@rmgglaw.com
  Attorney for Plaintiff

OF COUNSEL:

Jack G. Fruchter
Abraham, Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119
(212) 279-5050