ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

April 2, 2007

**VIA ELECTRONIC FILING/HAND DELIVERY**

The Hon. Gregory M. Sleet
United States District Judge
U.S. District Court
844 North King Street, Room 4234
Wilmington, Delaware 19801

> RE: *Levy v. Brooks Automation, Inc., et al.*;
> D.Del., C.A. No. 06-517 GMS
>
> *Rosenberg v. Brooks Automation, Inc., et al.*;
> D.Del. C.A. No. 06-091 GMS

Dear Judge Sleet:

This past Friday Your Honor instructed that the Stipulation And (Proposed) Order For Consolidation should be re-filed with an adjustment, – revising the designation so that the "lead case" is the older, earlier-filed of the two. That revision has been made in para. no. 2, and I have re-filed the Stipulation, enclosed herewith.

Respectfully yours,

Jeffrey S. Goddess (Del. Bar No. 630)

JSG/cmw
Enclosure
cc: Matthew F. Davis, Esquire (via electronic filing)
Brian C. Ralston, Esquire (via electronic filing)