IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARK LEVY, et al.          :

    Plaintiffs          :
                             CONSOLIDATED
v.          : Civil Action No. 06-517 GMS

ROBERT J. THERRIEN, et al.          :

    Defendants          :

### ORDER REGARDING REFERENCE
### PURSUANT TO 28 U.S.C. § 636

At Wilmington this 19th of March 2008,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Leonard P. Stark shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.

3. Conduct alternate dispute resolution.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAR 19 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE