IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK LEVY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-517-GMS-LPS |
| | ) | |
| ROBERT J. THERRIEN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John H. Ray, III to represent defendant Brooks Automation, Inc. in this matter.

/s/ J. Travis Laster
J. Travis Laster (#3514)
Matthew F. Davis (#4696)
Abrams & Laster LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
Email: Laster@AbramsLaster.com
         Davis@AbramsLaster.com

*Attorneys for Brooks Automation, Inc.*

Dated: May 7, 2008

{A&L-00062162-}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    C.A. No. 06-517-GMS-LPS |
| | ) |
| ROBERT J. THERRIEN, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25 will be submitted to the Clerk's Office upon the filing of this motion.

 

                                                      _/s/ John H. Ray, III_
                                                      John H. Ray, III
                                                      Ropes & Gray LLP
                                                      One International Place
                                                      Boston, Massachusetts 02110
                                                      (617) 951-7000

Dated: May 6, 2008

{A&L-00062102-}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK LEVY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-517-GMS-LPS |
| | ) | |
| ROBERT J. THERRIEN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of John H. Ray, III in the above-captioned action to represent defendant Brooks Automation, Inc. is granted.

_____
United States Magistrate Judge

Dated: May __, 2008

{A&L-00062162-}

**CERTIFICATE OF SERVICE**

    I, J. Travis Laster, hereby certify that on May 7, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        Jeffrey S. Goddess, Esquire
        Rosenthal Monhait Gross & Goddess, P.A.
        Suite 1401, 919 Market Street
        P.O. Box 1070
        Wilmington, Delaware 19899

        /s/ J. Travis Laster
        J. Travis Laster (#3514)
        Matthew F. Davis (#4696)
        Abrams & Laster LLP
        20 Montchanin Road, Suite 200
        Wilmington, Delaware 19807
        (302) 778-1000
        Email:  Laster@AbramsLaster.com
                  Davis@AbramsLaster.com

        *Attorneys for Brooks Automation, Inc.*

Dated: May 7, 2008