ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN
P. BRADFORD deLEEUW

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

May 14, 2008

The Hon. Leonard P. Stark
United States District Court
844 King Street, Lock Box 26
Wilmington, DE 19801

    RE: *Levy v. Brooks Automation, Inc., et al.*;
           D.Del., C.A. No. 06-517 GMS - LPS

Dear Magistrate Judge Stark:

    Per Your Honor's instruction, counsel have reached agreement on a schedule and submit it herewith, in advance of the teleconference next Monday. Owing to the pendency of Rule 12 motions, and as Your Honor will quickly see, rather than picking specific dates we've agreed on intervals, stepping off from the point of resolution of those motions.

                                     Respectfully submitted,

                                       Jeffrey S. Goddess (No. 630)

JSG/cmw
Enclosure
cc:    Arthur L. Dent, Esquire / Brian C. Ralston, Esquire
         J. Travis Laster, Esquire / Matthew F. Davis, Esquire