IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-517-GMS-LPS |
| ) | |
| v. ) | |
| ) | |
| ROBERT J. THERRIEN and ) | |
| BROOKS AUTOMATION, INC., ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John F. Sylvia and Adam L. Sisitsky, Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., One Financial Center, Boston, MA 02111, to represent defendant Robert J. Therrien in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Brian C. Ralston
Arthur L. Dent (#2941)
Brian C. Ralston (#3770)
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
adent@potteranderson.com
bralston@potteranderson.com
*Attorneys for Defendant Robert J. Therrien*

Dated: May 14, 2008
864108

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                       United States District Judge

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: May 14, 2008

Adam L. Sisitsky
Mintz, Levin, Cohn, Ferris, Glovsky
 & Popeo, P.C.
One Financial Center
Boston, MA 02111

864109

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 5/14/08

John F. Sylvia
Mintz, Levin, Cohn, Ferris, Glovsky
& Popeo, P.C.
One Financial Center
Boston, MA 02111

864109

CERTIFICATE OF SERVICE

I, Arthur L. Dent, hereby certify that on May 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>Suite 1401, 919 Market Street
>P.O. Box 1070
>Wilmington, DE  19899

>J. Travis Laster, Esquire
>Matthew F. Davis, Esquire
>Abrams & Laster LLP
>20 Montchanin Road, Suite 200
>Wilmington, DE  19807

>POTTER ANDERSON & CORROON LLP

>By: ___/s/ Brian C. Ralston___
>      Arthur L. Dent (#2941)
>      Brian C. Ralston (#3770)
>      1313 N. Market Street
>      P.O. Box 951
>      Wilmington, Delaware  19899
>      (302) 984-6000
>      adent@potteranderson.com
>      bralston@potteranderson.com
>      *Attorneys for Defendant Robert J. Therrien*

Dated: May 14, 2008
864109