IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, ET AL., : | |
| Plaintiffs, : | |
| v. : | C. A. No. 06-517-GMS-LPS |
| ROBERT J. THERRIEN, ET AL., : | |
| Defendants. : | |

## ORDER

At Wilmington this **19th** day of **May, 2008**.

The Court having held a teleconference with counsel today,

IT IS HEREBY ORDERED that:

1. Oral argument on defendants' motions to dismiss (D.I. 8, 10) is hereby scheduled for **July 14, 2008 at 2:00 p.m.** in courtroom 2A before the Honorable Leonard P. Stark.

2. Counsel may supplement their briefing with a one (1) page letter submission due no later than **July 1, 2008**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE