

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Arthur L. Dent
Partner
Attorney at Law
adent@potteranderson.com
302 984-6034  Direct Phone
302 658-1192  Fax

May 21, 2008

VIA E-FILE

U.S. Magistrate Leonard P. Stark
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    <u>Levy, et al. v. Therrien, et al., C.A. No. 06-517-GMS-LPS</u>

Dear Magistrate Stark:

    I write on behalf of all parties as a follow-up to the scheduling conference conducted on Monday, May 19, 2008. In response to inquiry by Your Honor, the parties unanimously consent to a binding determination by Your Honor of the pending motion to dismiss. The parties are not unanimous with regard to a broader referral of the matter at this time.

    I am available should Your Honor wish to discuss any of the foregoing.

                        Respectfully,

                        Arthur L. Dent (#2491)

ALD/pf
cc:    Clerk, District Court
        Jeffrey S. Goddess, Esquire
        Matthew F. Davis, Esquire
        Brian C. Ralston, Esquire

854452