# UNITED STATES DISTRICT COURT

DISTRICT **Delaware**

| | |
|---|---|
| MARK LEVY, et al.,<br>Plaintiff<br>V.<br>ROBERT J. THERRIEN, et al.,<br>Defendant | **CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER DISPOSITIVE MOTIONS DESCRIBED UNDER 28 U.S.C.§636(b)(1)(B)**<br><br>CASE NUMBER:  06-517-GMS-LPS |

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below. The parties understand that by their consent, there will be no review by a district court judge.

**MOTION(S) with docket index (D.I.) numbers:** Defendant Robert J. Therrien's Motion to Dismiss, Docket No. 8 and Defendant Brooks Automation, Inc.'s Motion to Dismiss, Docket No. 10.

| Party Represented | Signatures | Date |
|---|---|---|
| Mark Levy | /s/Jeffrey S. Goddess, Esquire | 5/29/08 |
| Robert J. Therrien | /s/Arthur L. Dent, Esquire | 5/29/08 |
| Brooks Automation, Inc. | /s/Matthew F. Davis, Esquire | 5/29/08 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to Leonard P. Stark, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P.73.

| Date | United States District Judge |
|---|---|

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.