## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MARK LEVY, ET AL.,                          :
                                            :
                    Plaintiffs,             :
                                            :
        v.                                  :   C. A. No. 06-517-GMS-LPS
                                            :
ROBERT J. THERRIEN, ET AL.,                 :
                                            :
                    Defendants.             :

## ORDER

At Wilmington this **14th** day of **July, 2008**.

For the reasons set forth by the Court during the oral argument today,

IT IS HEREBY ORDERED that:

1. Defendant Robert J. Therrien's motion to dismiss (D.I. 8) is DENIED;

2. Defendant Brooks Automation Inc.'s motion to dismiss (D.I. 10) is

DENIED as moot.

Local counsel are reminded of their obligations to inform out-of-state

counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the

Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE