IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, ET AL.,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROBERT J. THERRIEN, ET AL.,<br><br>　　　Defendants. | C.A. No. 06-517-GMS-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 28, 2008, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT ROBERT J. THERRIEN'S RULE 16(a)(1)
INITIAL DISCLOSURES

### BY HAND DELIVERY

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
jgoddess@rmgglaw.com

Matthew F. Davis, Esquire
Abrams & Laster LLP
20 Montchanin Road, Suite 200
Greenville, DE 19807
davis@abramslaster.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
|  |  |
|  | By: _____ |
| OF COUNSEL: | Arthur L. Dent (#2941) |
| MINTZ LEVIN COHN FERRIS | Brian C. Ralston (#3770) |
| GLOVSKY & POPEO, P.C. | 1313 N. Market Street |
| John F. Sylvia | P.O. Box 951 |
| Adam Sisitsky | Wilmington, Delaware 19899 |
| One Financial Center | (302) 984-6000 |
| Boston, Massachusetts 02111 | adent@potteranderson.com |
| (617) 542-6000 | bralston@potteranderson.com |
|  | *Attorneys for Defendant Robert J. Therrien* |

Dated: July 28, 2008
876229

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Arthur L. Dent, hereby certify that on July 28, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait & Goddess, P.A.
>919 Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899
>jgoddess@rmgglaw.com
>
>Matthew F. Davis, Esquire
>Abrams & Laster LLP
>20 Montchanin Road, Suite 200
>Greenville, DE 19807
>davis@abramslaster.com

/s/ Arthur L. Dent
Arthur L. Dent (I.D. No. 2491)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
adent@potteranderson.com

876180