IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK LEVY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-517 GMS-LPS |
| | ) | |
| ROBERT J. THERRIEN, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BROOKS AUTOMATION, INC., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 28, 2008, true and correct copies of the following document were served by co-counsel, Abraham Fruchter & Twersky LLP, One Penn Plaza, Suite 2805, New York, NY 10119 on the following counsel of record at the addresses and in the manner indicated:

**RULE 26(a)(1) INITIAL DISCLOSURES**

**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**

Arthur L. Dent, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19899

Matthew F. Davis, Esquire
Abrams & Laster, LLP
20 Montchanin Road
Suite 200
Wilmington, DE 19807

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
  *Attorney for Plaintiff*

OF COUNSEL:

Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119
(212) 279-5050