## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   C.A. No. 06-517-GMS-LPS ) |
| ROBERT J. THERRIEN, ET AL., | ) ) |
| Defendants. | ) ) |

### NOMINAL DEFENDANT BROOKS AUTOMATION, INC.'S
### INITIAL DISCLOSURE PURSUANT TO RULE 26(a)(1)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Nominal Defendant Brooks Automation, Inc. ("Brooks" or "the Company") hereby submits its initial disclosure statement to plaintiffs, as set forth below.

Brooks provides this disclosure without admitting the relevance or admissibility of any information provided, or documents referred to, and without waiver of or prejudice to its right to later raise objections to (a) any demand or discovery by plaintiffs involving or relating to the matters raised in the pleadings or in this disclosure, or (b) the materiality or admissibility of any document described in this disclosure. Brooks reserves all applicable privileges and work product protections, and reserves the right to seek an appropriate confidentiality agreement and protective order.

This disclosure is based upon information now available to Brooks from its ongoing review of files and other materials in its possession, custody, or control, which it may use to support its position in this litigation. Brooks reserves the right to revise, correct, supplement,

{A&L-00070659-}

modify, or clarify the information set forth below, or in the documents referred to herein, although it does not undertake to do so except to the extent required by Rule 26(e). Brooks also reserves the right to identify and call as witnesses additional persons if it learns, during the course of discovery and investigation related to this litigation, that such additional persons may have knowledge of relevant matters.

### Disclosures Pursuant to Rule 26(a)(1)(A)

Pursuant to Rule 26(a)(1)(A), Brooks hereby provides plaintiffs with the names, and, where available, the last known addresses of individuals who may have discoverable information that Brooks may use to support its position in this litigation, along with a general description of the relevant subject matter that may be known to each individual.

1. Robert J. Therrien, c/o R. Robert Popeo, Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., One Financial Center, Boston, MA 02111. Mr. Therrien may have discoverable information regarding the sale of his personally owned Brooks stock.

Brooks reserves the right to supplement this disclosure as discovery related to this litigation progresses.

### Disclosures Pursuant to Rule 26(a)(1)(B)

Brooks is presently unaware of any existing documents that meet the description set forth in Rule 26(a)(1)(B). Brooks reserves the right to disclose documents, electronically stored information, or tangible things in its possession, custody, or control in support of its position in this litigation.

### Disclosures Pursuant to Rule 26(a)(1)(C)

Brooks is presently unaware of any existing documents that meet the description set forth in Rule 26(a)(1)(C). Brooks reserves the right to recover its costs and attorneys' fees, and to

produce documents in support of any motion that it might bring in the future for costs and attorneys' fees.

### Disclosures Pursuant to Rule 26(a)(1)(D)

Brooks states that it will provide copies of any insurance policy under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in this action, upon entry of an appropriate confidentiality agreement and protective order and upon plaintiffs' request.

By:

*/s/ Matthew F. Davis*
J. Travis Laster (#3514)
Matthew F. Davis (#4696)
Abrams & Laster LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19806
(302) 778-1000
laster@abramslaster.com
davis@abramslaster.com

Randall W. Bodner (admitted pro hac vice)
John H. Ray, III (admitted pro hac vice)
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000
randall.bodner@ropesgray.com
john.ray@ropesgray.com

*Attorneys for Nominal Defendant Brooks Automation, Inc.*

Dated:   August 4, 2008

## **CERTIFICATE OF SERVICE**

I, Matthew F. Davis, hereby certify that on August 4, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>Suite 1401, 919 Market Street
>P.O. Box 1070
>Wilmington, Delaware 19899
>jgoddess@rmgglaw.com
>
>Arthur L. Dent, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, Delaware 19899
>adent@potteranderson.com

>/s/ Matthew F. Davis
>J. Travis Laster (#3514)
>Matthew F. Davis (#4696)
>Abrams & Laster LLP
>20 Montchanin Road, Suite 200
>Wilmington, Delaware 19807
>(302) 778-1000
>laster@abramslaster.com
>davis@abramslaster.com
>
>*Attorneys for Nominal Defendant Brooks Automation, Inc.*

Dated: August 4, 2008

{A&L-00062164-}